IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31040
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LARRY WALLACE, JR.,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CR-30017
- - - - - - - - - -
August 20, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Larry Wallace, Jr., has filed a
brief as required by *Anders v. California*, 386 U.S. 738 (1967).
Our independent review of the brief and the record discloses no
nonfrivolous issue.  Accordingly, counsel is excused from further
responsibilities herein and the APPEAL IS DISMISSED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.